**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Eugene FREDERICK, Defendant–Appellant.**

No. 08–2258.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 10, 2008.

Filed: Dec. 15, 2008.

Clifford R. Cronk, U.S. Attorney's Office, Davenport, IA, for Plaintiff–Appellee.

Clemens A. Erdahl, Nidey & Peterson, Cedar Rapids, IA, for Defendant–Appellant.

Mark Eugene Frederick, Aledo, IL, pro se.

Before WOLLMAN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Mark Eugene Frederick was convicted of conspiracy to manufacture and distribute 50 grams or more of actual methamphetamine or 500 grams of a mixture containing methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A), and attempted manufacture of methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C). On appeal, Frederick argues the evidence was insufficient and the district court [1] erred in denying his motions for judgment of acquittal and new trial. After reviewing the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned opinion. *See* 8th Cir. R. 47B.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.